# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:19-CR-649 JAR-NAB |
| BRIRAN BLAKE, | ) |
| Defendant. | ) |

## ORDER AND REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed herein,

**IT IS HEREBY RECOMMENDED** that the Government's Motion to Compel Production of Major Case Fingerprint Exemplars [Doc. 50] be **GRANTED;**

**IT IS FURTHER RECOMMENDED** that Blake's Motion to Suppress Fingerprint Evidence and Objection to Government's Motion to Compel [Doc. 71] be **DENIED;**

**IT IS FURTHER RECOMMENDED** that Blake's Motion for Dismissal and Violation of Speedy Trial Act [Doc. 72] be **DENIED;** and

**IT IS HEREBY ORDERED** that Blake's Motion to Strike Evidence [Doc. 73] is **DENIED WITHOUT PREJUDICE** as premature.

Blake's Motion in Limine [Doc. 74] is respectfully deferred to the trial judge for ruling.

The parties are advised that they have **fourteen (14)** days in which to file written objections to this report and recommendation pursuant to 28 U.S.C. § 636(b)(1), unless an

extension of time for good cause is obtained, and that failure to file timely objections may result in a waiver of the right to appeal questions of fact. *See Thompson v. Nix*, 897 F.2d 356 (8th Cir. 1990).

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of May, 2021.